1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAMALIEL DATUGAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a public entity; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.**: CV 20-440-DMG (JEMx)<br><br>**ORDER RE CONDITIONAL STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br>**[25]** |

**IT IS HEREBY ORDERED:**

1.     The parties have entered into a written Settlement Agreement, which resolves all issues and controversies to their mutual satisfaction.

2.     The material terms of the Parties' Settlement Agreement are set forth in the Conditional Stipulation For Dismissal and Request that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and Exhibit A thereto and are incorporated herein.

3.     The Court retains jurisdiction through October 6, 2025 for the purpose of enforcing the terms of the Settlement Agreement.

4.     Except as provided for above, this case is dismissed in its entirety pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice.  The parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  October 6, 2020

DOLLY GEE
UNITED STATES DISTRICT JUDGE